

FILED

MAR 29 2011

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>BRENDA JACKSON,<br><br>        Defendant. | 2:10-CR-289-KJD (RJJ) |

## ORDER OF FORFEITURE

On March 29, 2011, defendant BRENDA JACKSON pled guilty to Count One of a Seven-Count Criminal Indictment charging her in Count One with Conspiracy to Commit Wire Fraud and Bank Fraud in violations of Title 18, United States Code, Sections 1343, 1344, and 1349 and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Indictment and the Plea Memorandum.

This Court finds that BRENDA JACKSON shall pay a criminal forfeiture money judgment of $50,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2).

. . .

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from BRENDA JACKSON a criminal forfeiture money judgment in the amount of $50,000.00 in United States Currency.

DATED this _____ 29th _____ day of _____ March _____, 2011.

_____

UNITED STATES DISTRICT JUDGE