UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
                                                         )
          Plaintiff,                             )
                                                         )
     v.                                                )    2:10-CR-289-KJD (RJJ)
                                                         )
BRENDA JACKSON,                           )
                                                         )
          Defendant.                         )

**ORDER OF FORFEITURE**

This Court found on March 29, 2011, that BRENDA JACKSON shall pay a criminal forfeiture money judgment of $50,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2). Docket #48.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from BRENDA JACKSON a criminal forfeiture money judgment in the amount of $50,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2).

DATED this 15th day of Feb, 2012.

_____
UNITED STATES DISTRICT JUDGE