Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**December 2, 2015**

Name of Offender: **Brenda Jackson**

Case Number: **2:10CR00289**

Name of Sentencing Judicial Officer: **Honorable Kent J. Dawson**

Date of Original Sentence: **February 15, 2012**

Original Offense: **Conspiracy to Commit Wire and Bank Fraud**

Original Sentence: **24 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **April 17, 2014**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Gambling Prohibition** - You shall not enter, frequent, or be involved with any legal or illegal gambling establishment or activity, except for the purpose of employment, as approved and directed by the probation officer.

2. **Gambling Addiction Treatment** - You shall refrain from any form of gambling and shall participate in a program for the treatment of gambling addiction, at your own expense, as approved and directed by the probation officer, based upon your ability to pay.

## CAUSE

On February 15, 2012, Brenda Jackson was sentenced in the District of Nevada to 24 months custody and 3 years supervised release for committing the offense of Conspiracy to Commit Wire and Bank Fraud. Miss Jackson's supervised release term commenced in the District of Nevada on April 17, 2014.

RE: Brenda Jackson

Prob12B
D/NV Form
Rev. June 2014

As a condition of supervision, Jackson was ordered to pay restitution in the amount of $1,749,000.00. Since being place on supervised release Jackson has made a total of $590 in payments. This officer has discussed the matter with Jackson several times and has also had her complete a financial investigation form and she has failed to make payments monthly as required.

On June 8, 2015, this officer received a phone call from Jackson stating that she was being evicted from her apartment due to nonpayment of rent. After being evicted, Jackson went to reside temporarily with her child's father, Charles Blalark, for a few months until she could save up enough money to pay back her eviction debt and get a new place of her own. On September 28, 2015, this officer received a phone call from Charles Blalark advising that he wanted to inform this officer that the reason why Jackson was evicted and unable to pay her restitution or her other debts back was because she had a gambling problem. Mr. Blalark states he tried to encourage Jackson to get help on her own; however, she recently borrowed money from him and confessed that she also gambled that away as well.

On October 16, 2015, Jackson reported for an office visit to discuss the matter and was asked whether or not she had a gambling problem, and she revealed to this officer that she did. Jackson states that it started out being just a small amount that she would gamble but now she has lost track of how much money she has actually lost. Jackson states that she feels that she does need help and was not sure how to tell this officer, however, this was the reason she was evicted and also her failure to make payments.

Jackson is employed as a server at Denny's full time and has provided paystubs to verify employment. She appears to have stable employment and is making strides in her life to develop a better relationship with her children. As a controlling measure, this officer has increased Jackson's reporting schedule and has directed her to report to the probation office biweekly on payday with a payment. Jackson has started making payments towards her restitution and is in compliance with all other supervision terms and conditions. All drug test results have been negative since the last reported positive for Marijuana on March 13, 2015.

As a corrective measure, the undersigned officer is recommending that Jackson's conditions be modified to include Gambling Prohibition and Gambling Treatment. Jackson has agreed to this modification and has signed the waiver of hearing form which is attached for Your Honor's review. The undersigned officer will be available at the Court's convenience, to address any questions or concerns.

Respectfully submitted,

Donnette L. Johnson
2015.12.02 14:46:32
-08'00'

_____
Donnette Johnson
United States Probation Officer

RE: Brenda Jackson

Prob12B
D/NV Form
Rev. June 2014

Approved:

_Nancy M. Boulton (signature)_    Nancy M. Boulton
2015.12.02 13:09:38
-08'00'

Nancy M. Boulton
Supervisory United States Probation Officer

## THE COURT ORDERS

☐ No Action.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above

☐ Other (please include Judicial Officer instructions below):

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

_(signature)_
Signature of Judicial Officer

  December 2, 2105  
Date